IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| RALPH FIGGS, Individually and on behalf of all others similarly situated | § § § |
| V. | §   CIVIL ACTION NO. G-11-306 |
| KIRBY CORPORATION, and KIRBY INLAND MARINE, LP | § § § § |

## O R D E R

It is **ORDERED** that the Defendants' Motion to Stay (Instrument no. 95) this action is **DENIED**, without prejudice to being reurged, without refiling, in the event the United States Court of Appeals for the Fifth Circuit agrees to hear the Interlocutory Appeal in <u>Coffin v. Blessey Marine Services, Inc.</u>.

In the meantime, the Parties are free to engage in discovery.

**DONE** at Galveston, Texas, this ____1st____ day of March, 2013.

John R. Froeschner
United States Magistrate Judge