UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| **RALPH FIGGS, individually and on behalf of all others similarly situated** § § § **Plaintiff,** § § **vs.** § § **KIRBY CORPORATION AND KIRBY INLAND MARINE, LP** § § § **Defendants.** § § | **Docket No. 11-cv-00306** **JURY TRIAL DEMANDED** **COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)** |

**AGREED MOTION FOR STAY OF PROCEEDINGS**

Plaintiff, Ralph Figgs, individually and on behalf of others similarly situated (hereinafter referred to as "Plaintiffs"), and Defendant, Kirby Corporation and Kirby Inland Marine, LP, jointly file this Agreed Motion for Stay of Proceedings and respectfully show as follows.

Plaintiffs allege that Defendant's vessel tankermen are misclassified as exempt employees. On December 7, 2011, this case was certified as a conditional collective action (ECF. No. 26). Opt-in notices were mailed out twice and additional tankermen joined the lawsuit. The parties have exchanged documents and written discovery.

The parties are working cooperatively to complete the necessary steps to resolve this matter by adjudication or agreement. The parties are also mindful of the appeal pending before the Fifth Circuit in the *Blessey* case. Therefore, the parties request a temporary stay of these proceedings to permit them to focus on resolution without incurring additional transaction costs. The parties have agreed to mediation in this matter. Therefore, the parties respectfully request a stay in the proceedings until the Fifth Circuit issues a decision in the *Blessey* case.

1

| **Counsel for Plaintiffs** | **Counsel for Defendant** |
|---|---|
| /s/ *Michael A. Josephson* <br> Michael A. Josephson <br> Texas Bar No. 24014780 <br> S.D. Tex. No. 27157 <br> Andrew W. Dunlap <br> Texas Bar No. 24078444 <br> S.D. Tex. No. 1093163 <br> FIBICH, HAMPTON, LEEBRON, BRIGGS & JOSEPHSON, LLP <br> 1150 Bissonnet <br> Houston, Texas 77005 <br> (713) 751-025 [Telephone] <br> (713) 751-0030 [Fax] <br> mjosephson@fhl-law.com <br><br> Richard J. Burch <br> Texas Bar No. 24001807 <br> S.D. Tex. No. 21615 <br> BRUCKNER BURCH PLLC <br> 8 Greenway Plaza, Suite 1500 <br> Houston, Texas 77046 <br> (713) 877-8788 [Telephone] <br> (713) 877-8065 [Fax] <br> rburch@brucknerburch.com <br><br> **ATTORNEYS FOR PLAINTIFFS** | /s/ *Michael R. Buchanan* <br> Michael R. Buchanan <br> State Bar No. 03288300 <br> Southern District No. 1674 <br> Ogletree, Deakins, Nash, Smoak & Stewart, P.C. <br> 500 Preston Commons <br> 8117 Preston Road <br> Dallas, TX 75225-4324 <br> 214-987-3800 <br> Facsimile: 214-987-3927 <br> Mike.Buchanan@ogletreedeakins.com <br><br> John B. Brown <br> State Bar No. 00793412 <br> Southern District No. 348718 <br> Ogletree, Deakins, Nash, Smoak & Stewart, P.C. <br> 500 Preston Commons <br> 8117 Preston Road <br> Dallas, TX 75225-4324 <br> 214-987-3800 <br> Facsimile: 214-987-3927 <br> john.brown@ogletreedeakins.com <br><br> Michael D. Mitchell <br> State Bar No. 00784615 <br> 500 Dallas Street, Suite 3000 <br> Houston, Texas 77002 <br> 713-655-5750 <br> Facsimile: 713-655-0020 <br> Mike.Mitchell@ogletreedeakins.com <br><br> **ATTORNEYS FOR KIRBY CORPORATION AND KIRBY INLAND MARINE, LP** |

## **CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that on the 7th day of May, 2013, I electronically filed the foregoing with the Clerk of Court using ECF system, which sent notification to all parties of record.

                                                          /s/ *Michael A. Josephson*