IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| RALPH FIGGS, Individually and on behalf of all others similarly situated | § § § | |
| V. | § § | CIVIL ACTION NO. G-11-306 |
| KIRBY CORPORATION, and KIRBY INLAND MARINE, LP | § § § | |

### O R D E R

After having considered the Parties' Agreed Motion for Stay of Proceedings and the applicable law and facts, the Court hereby **GRANTS** the Motion. All proceedings in this case are **STAYED** effective immediately.

It is **ORDERED** that this case is **ADMINISTRATIVELY CLOSED** pending the conclusion of the interlocutory appeal arising out of the following case: *Coffin v. Blessey Marine Services, Inc.*, 4:11-cv-214, S.D. Tex. (Atlas, J.).

**DONE** at Galveston, Texas, this ___9th___ day of May, 2013.

John R. Froeschner
United States Magistrate Judge